UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**COACH SERVICES, INC.,**

    Plaintiff,

v.                                             Case No. 8:09-cv-2013-T-30TBM

**WEST COAST SUNGLASSES, INC.
and NAVOT BENDAVID,**

    Defendants.
_____/

## PERMANENT INJUNCTION AGAINST ALL DEFENDANTS

WHEREAS, Plaintiff COACH SERVICES, INC. has filed a Complaint and exhibits annexed thereto, alleging and asserting trademark infringement and dilution, false designation of origin, unfair competition and other claims against WEST COAST SUNGLASSES, INC. and NAVOT BENDAVID (collectively "Defendants") as more particularly described in the Complaint; and

WHEREAS, the Parties have stipulated (Dkt. #10) to the entry of a Permanent Injunction in favor of Plaintiff and against all Defendants; it is

ORDERED, ADJUDGED, and DECREED that:

1.     The Court has jurisdiction over the entire subject matter of this action as set forth in the Complaint and venue is proper in this Court.

2. Plaintiff and its affiliates allege and assert that they are engaged in the business, *inter alia*, of manufacturing, distributing, offering for sale and selling luxury apparel and goods, including handbags, wallets, belts and other high end fashion items under certain trademarks owned by Plaintiff, namely the COACH trademark and associated COACH & Lozenge Design, COACH & Hand Tag Design and Signature "C" Design trademarks (collectively the "COACH Marks") that are the subject of registrations on the Principal Register of the United States Patent and Trademark Office, which are valid and outstanding, as more particularly described in the Complaint.

3. Plaintiff and its predecessors allege and assert that they have sold billions of dollars worth of products under its COACH Marks. Plaintiff and its predecessors have expended hundreds of millions of dollars and devoted substantial time and effort to advertise, promote, and otherwise market their products and services to the general public under its COACH Marks throughout the United States, including the State of Florida.

4. As a result of Plaintiff's alleged aforesaid long and extensive use, sales, advertising, and promotion, Plaintiff alleges and asserts that COACH Marks have acquired world-wide fame and represent a highly valuable goodwill owned by Plaintiff.

5. Without any admission that they have ever done so, Defendants, WEST COAST SUNGLASSES, INC. and NAVOT BENDAVID and their agents, servants, successors and assigns and all persons in active concert and participation with them are hereby permanently enjoined and restrained from:

a. Using the registered COACH Marks, or any reproduction, counterfeit, copy, or colorable imitation of said marks, in connection with the manufacture, importing, exporting, distributing, advertising, offering for sale, or sale of any product, or using such mark in any manner likely to cause others to believe that Defendants' products are connected with Plaintiff's;

b. Any use or registration of other indicators of product origin that are likely to cause confusion, mistake or deception in the minds of the consuming public as to Plaintiff's affiliation, association, connection, licensing, sponsorship, or approval of any of the products offered by Defendants;

c. Passing off, directly inducing, or directly enabling others to sell or pass off any product which does not originate from Plaintiff as products originating with Plaintiff;

d. Committing any other acts calculated to cause any person to believe that Defendants' products are products originating from Plaintiff, unless such products do in fact originate from Plaintiff;

e. Registering any address for internet websites (hereinafter, "Domain Names") incorporating the word "Coach" in the Domain Names or referencing/associating the word "Coach" in connection with metadata or key word searches as related to the Domain Names.

6. The Clerk is directed to enter Judgment in favor of Plaintiff and against Defendants and close this file.

**DONE** and **ORDERED** in Tampa, Florida on February 18, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2009\09-cv-2013.perm injunction 10-1.frm